**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2477**

———————

TRUITT A. SEGERS,

Plaintiff - Appellant,

versus

U.S. DEPARTMENT OF VETERANS AFFAIRS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CA-94-657-6)

———————

Submitted: October 3, 1995          Decided: March 21, 1996

———————

Before WILKINSON, Chief Judge, and NIEMEYER and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Truitt A. Segers, Appellant Pro Se.  John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his action for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Segers v. United States Dep't of Veterans Affairs, No. CA-94-657-6 (M.D.N.C. July 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED